FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 - 2012 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York

United States of America

No. CR-00-1037 (OGT)

against

Motion For Furlough

Aaron Commey,
           Defendant

The application is ___ granted.
SO ORDERED.      X denied.

/s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: March 13, 2012
Brooklyn, New York

### Relief Sought

Aaron Commey, defendant moves the court for an order granting defendant a day furlough (less than 16 hours) on Thursday April 19, 2012 in order to attend a Business workshop sponsored by the United States Small Business Administration.

### Grounds For Relief

According to title 18 U.S.C § 4243(b) any furlough of an insanity acquittee must be approved by the committing court. The grounds for this motion are that this furlough would meet several of the goals of this court as explained in the attached Memorandum in support of this motion.

This motion is based on the pleadings and papers on file in this action, this motion, the attached notice of motion, the accompanying memorandum, attached exhibits and whatever evidence and argument may be presented at any hearing of this motion.